IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE DONALD BELGARDE, | No. C 07-3348 WHA (PR) |
| Petitioner, | **DENIAL OF LEAVE TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| CMF Warden SUZAN L. HUBBARD, | |
| Respondent. | |

In view of the balance in petitioner's inmate trust account, his motion for leave to proceed in forma pauperis ("IFP") (document 4 on the docket) is **DENIED**. His earlier motion to proceed IFP (document 2) is **DENIED** as moot. Petitioner shall pay the five-dollar filing fee within thirty days from the date this order is entered or this case will be dismissed.

**IT IS SO ORDERED.**

Dated: August  2 , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\belgarde348.ifp.wpd