UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DUAINE DONALD BELGARDE,

          Plaintiff,

  v.

WARDEN et al,

          Defendant.

——————————————————————/

Case Number: CV07-03348 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Duaine Belgarde
V-41445/ J-349-L
California Medical Facility
PO Box 2000
Vacaville, CA 95696

Dated: August 2, 2007

          Richard W. Wieking, Clerk
          By: Dawn Toland, Deputy Clerk