# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA


DUAINE DONALD BELGARDE,

        Plaintiff,

  v.

WARDEN et al,

        Defendant.

                         /

Case Number: CV07-03348 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Duaine Belgarde
V-41445/ J-349-L
California Medical Facility
PO Box 2000
Vacaville, CA 95696

Dated: September 13, 2007

                         Richard W. Wieking, Clerk
                         By: D. Toland, Deputy Clerk