UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUAINE DONALD BELGARDE,<br><br>        Plaintiff,<br><br>   v.<br><br>WARDEN et al,<br><br>        Defendant.                         / | Case Number: CV07-03348 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Duaine Belgarde
V-41445/ J-349-L
California Medical Facility
PO Box 2000
Vacaville, CA 95696

Dated: September 9, 2008

                    Richard W. Wieking, Clerk
                    By: D. Toland, Deputy Clerk