**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUAINE DONALD BELGARDE, | No. C 07-3348 WHA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| Warden SUZIE HUBBARD, | |
| Respondent. | |

Pursuant to the court's order entered today, a judgment of dismissal without prejudice is entered in favor of respondent and against petitioner. Petitioner shall receive no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: September __8__, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\BELGARDE3348.JUD.wpd